IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DANNY LYNN DANIELS,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>ANGELA REDDISH-DAY, et al.,<br>　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 4:22-cv-00051-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Magistrate Judge Kohler's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) issued on January 27, 2023, recommends that this action be dismissed.

De novo review has been completed of Report and Recommendation. The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted, and the Report and Recommendation is adopted in its entirety.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and this action is DISMISSED.

Signed March 22, 2023.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Report and Recommendation, ECF No. 25, filed January 27., 2023.